UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6576 MRW | Date | July 8, 2014 |
|---|---|---|---|
| Title | Porter-Pelzer v. Colvin | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: SANCTIONS

This is an appeal from the denial of Social Security benefits. In this Court's case management order, the Court instructed the parties that "[n]either Plaintiff's nor the government's portion of the joint statement [of the issues in dispute] may exceed 15 pages in length, exclusive of the table of contents and the table of authorities, without leave of court for good cause shown." (Docket # 7 at 3) (emphasis in original).

Despite the clarity of this Order, the first section (addressing only issue 1) of Plaintiff's portion of the joint brief covers 29 pages. (Docket # 17 at 2-31.) Much of Plaintiff's submission is a recitation of the relatively non-complex medical evidence in the case, or a recitation of the ALJ's summary of that material. Notably, Plaintiff's counsel neither sought nor received permission for this oversize filing.[1]

IT IS ORDERED that Plaintiff's attorney, Sharla Cerna, will show cause why sanctions should not be imposed upon her personally pursuant to Federal Rule of Civil Procedure 11 for her disregard of paragraph 8 of the Court's scheduling order. (Docket # 7.) Ms. Cerna will submit a declaration (not to exceed 3 pages) addressing this issue by or before July 22, 2014.

---

[1] The Court separately issued a decision today to vacate the ALJ's decision denying benefits and to remand the matter for further agency proceedings. The parties will take note that the unnecessarily verbose submission from Plaintiff's attorney did not prejudice Plaintiff in the consideration of her claims before this Court.