LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CJ PORTER-PELZER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | No. CV 13–6576 MRW<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) subject to the terms of the stipulation.

DATE: August 19, 2014     _____

                                 HON. MICHAEL R. WILNER
                                 UNITED STATES MAGISTRATE JUDGE